[No. 4602–1. Division One. June 5, 1978.]

WADE W. SCHROEDER, ET AL, *Appellants*, v. VERN D. KNUTZEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 35876, Walter J. Deierlein, Jr., J., entered March 8, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow and Dore, JJ.

---

[No. 4916–1. Division One. June 5, 1978.]

ERICH KOKER, ET AL, *Appellants*, v. NOEL B. SAGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 773620, Donald J. Horowitz, J., entered July 1, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Swanson, J.

---

[No. 5140–1. Division One. June 5, 1978.]

*In the Matter of the Marriage of* JEANETTE YVONNE COOPER, *Appellant, and* JAMES WALTER COOPER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 121311, Phillip G. Sheridan, J., entered October 7, 1976. *Affirmed* by unpublished per curiam opinion.